1 James P. Watson (SBN 046127)
  Bruce K. Leigh (SBN 129753)
2 Anne Bevington (SBN 111320)
  STANTON, KAY & WATSON, LLP
3 101 New Montgomery Street, 5th Floor
  San Francisco, CA 94105-3612
4 Telephone: 415-512-3501
  Facsimile: 415-512-3515
5
  Attorneys for Plaintiffs
6

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,

    Plaintiffs,

    v.

TRI-COUNTY INC., a California corporation; and ROBERT LOUIS REID, an Individual,

    Defendants.

Case No. C-05-03350 JSW

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' APPLICATION FOR EXTENSION TO FULFILL PRE-CASE MANAGEMENT CONFERENCE REQUIREMENTS AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE

26 ///
27 ///
28 ///

- 1 -
[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' APPLICATION FOR EXTENSION TO FULFILL PRE-CASE MANAGEMENT CONFERENCE REQUIREMENTS AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE [CASE NO. C-05-03350 JSW]

- 2 -

1   Good cause appearing therefor, it is hereby ORDERED that the deadline for filing the case
2   management conference statement in the within action is extended to January 17, 2006, and the
3   other pre-case management conference requirements are extended to the same date; the case
4   management conference shall be held on February _3_, 2006 at 1:30 p.m. in Courtroom 2,
5   17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

DATED: November 21, 2005

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

F:\CASES\30\32.180 Tri-County Inc\PLEADINGS\Proposed Order re Plaintiffs Appln for Extension.doc