James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone:  415-512-3501
Facsimile:  415-512-3515
Email:       AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>                    Plaintiffs,<br><br>         v.<br><br>TRI-COUNTY INC., a California corporation; and ROBERT LOUIS REID, an Individual,<br><br>                    Defendants. | Case No. C-05-03350 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE |

///

///

///

- 1 -
[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL
WITHOUT PREJUDICE [CASE NO. C-05-03350 JSW]

Upon reading Plaintiffs' Request for Dismissal Without Prejudice, it is hereby ORDERED that the within action is dismissed without prejudice

DATED: December 15, 2005

*[signature: Jeffrey S. White]*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

F:\CASES\30\32.180 Tri-County Inc\PLEADINGS\Proposed Order Granting Request for Dismissal Without Prejudice.doc